# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE WRIGHT, | : | Civil No. 1:24-CV-00016 |
| Petitioner, | : | |
| v. | : | |
| JOHN RIVELLO, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 2nd day of April, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Petitioner's motion for appointment of counsel, Doc. 33, is **DENIED** without prejudice.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
