# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE WRIGHT, | : | Civil No. 1:24-CV-00016 |
| Petitioner, | : | |
| v. | : | |
| JOHN RIVELLO, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 19th day of September, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 1, is **DENIED**.

2. Petitioner's motion for enlargement of pending appeal, Doc. 35, is **DENIED** as moot.

3. A Certificate of Appealability is **DENIED**.

4. The Clerk of Court is directed to **CLOSE** this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania