**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DWAYNE WRIGHT, | : | Civil No. 1:24-CV-00016 |
| Petitioner, | : | |
| v. | : | |
| JOHN RIVELLO, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 19th day of August 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's motion to hold federal proceedings in abeyance, Doc. 47, is **DENIED**.
2. Petitioner's motion to proceed *in forma pauperis* on appeal, Doc. 48, is **DENIED** as moot.
3. Petitioner's motion for relief from judgment, Doc. 52, is **DENIED**.
4. This case is to remain **CLOSED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania